UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Kathryn Yost

                  Plaintiff,

v.                                                    Case No.: 1:17–cv–08174
                                                         Honorable Sheila M. Finnegan

Matteson Fuel, Inc.

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 23, 2018:

      MINUTE entry before the Honorable Sheila M. Finnegan: Parties' agreed oral motion to dismiss the case [25] is granted. This action is dismissed without prejudice with leave to reinstate on or before 10/12/2018 solely for the purpose of enforcement of the settlement agreement. In the event a motion to reinstate is not filed on or before the foregoing date, the Court shall relinquish jurisdiction and the case shall be deemed dismissed with prejudice without further order of the Court. Civil case terminated. Mailed notice(sxw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.